UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                              CASE NO. 14 B 39800
                                                    CHAPTER 13
GIUSEPPE ENEA
MARIA ENEA                                          JUDGE JACQUELINE P COX

            DEBTORS                      **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  JPMORGAN CHASE BANK NA

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 13 | 43 | XXXXXX6036 | $4,101.26 | $4,101.26 | $4,101.26 |
| Total Amount Paid by Trustee | | | | | $4,101.26 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 14-39800-JPC

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 22nd day of June, 2017.

Debtor:
GIUSEPPE ENEA
MARIA ENEA
5109 MICHIGAN AVENUE
SCHILLER PARK, IL  60176

Attorney:
SULAIMAN LAW GROUP LTD
900 JORIE BLVD # 150
OAK BROOK, IL  60523
via Clerk's ECF noticing procedures

Creditor:
JPMORGAN CHASE BANK NA
PO BOX 24785
HE DEFAULT PYMT PROCESSING
COLUMBUS, OH  43224-0785

Mortgage Creditor:
JPMORGAN CHASE BANK
% CODILIS & ASSOCIATES PC
15W030 N FRONTAGE RD STE 100
BURR RIDGE, IL  60527

Mortgage Creditor:
JPMORGAN CHASE BANK NA
% HEAVNER BEYERS & MIHLAR
PO BOX 740
DECATUR, IL  62525-0740

Creditor:
JPMORGAN CHASE BANK
700 KANSAS LN MC LA4 5555
MONROE, LA  71203

Mortgage Creditor:
CHUHAK & TECSON PC
30 S WACKER DR #2600
CHICAGO, IL  60606

Mortgage Creditor:
CHUHAK & TECSON PC
30 S WACKER DR #2600
CHICAGO, IL  60606

ELECTRONIC SERVICE - United States Trustee

Date:  June 22, 2017

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603